RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 18 2017

JAMES N. HATTEN, Clerk
By: B. Brantley, Deputy Clerk

August 25, 2017

Troy Barber
BK-1622705 / 7-S-509
Fulton County Jail
901 Rice Street N.W
Atlanta, Georgia 30318

1:17-CV-3619

United States District Court
Clerk Of Court
2211 U.S. Court House
75 Spring Street S.W.
Atlanta, Georgia 30303-3361

RE: Please send Copy of Complaint Stamped "Filed" with Docket number.

Dear Mr or Ms, Clerk:
   Would You be so kind to file my Complaint into the Courts, and Please send me a Stamp filed copy and The Docket Number.

Done 9/19/17
nkr

Sincerely,
Troy Barber
Troy Barber pro-se
with express consent

## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 18 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Troy Barber / Bk# 1622705
(Enter above the full name and prisoner identification number of the plaintiff.)

-vs-

Theodore Jackson, Sheriff Fulton County; Jerry Connor Chaplain Fulton County; Geneva Gooden - Book-In Clerk
(Enter above the full name of the defendant(s).)

1:17-CV-3619

I. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

Yes ( )   No (X)

B. If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s): _____N/A_____

   Defendant(s): _____N/A_____

2. Court (if federal court, name the district; if state court, name the county):
   _____N/A_____

3. Docket Number: _____N/A_____

**I.   Previous Lawsuits (Cont'd)**

4.   Name of judge to whom case was assigned: _N/A_

5.   Did the previous case involve the same facts?

Yes ( )   No ( )

6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

7.   Approximate date of filing lawsuit: _N/A_

8.   Approximate date of disposition: _N/A_

**II.   Exhaustion of Administrative Remedies**

A.   Place of Present Confinement: _Fulton County Jail_

B.   Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

C.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)   No ( )

D.   If your answer is YES:

1.   What steps did you take and what were the results? _I wrote a request to the Chaplain Conner to place my name on the Ramadan List. He refuse to do so. I filed a Grievance and they sent me back to the Chaplain, Exhibit A and B and C._

2.   If your answer is NO, explain why not: _____

**III.   Parties**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff(s): _Troy Barber - BK-1622705, 7-S-509 901 Rice Street NW Atlanta, Georgia 30318_

## III. Parties (Cont'd)

Address(es): BK.1622705 / 7-South-509
Fulton County Jail
901 Rice Street N.W.
Atlanta, Georgia 30318

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Theodore Jackson
Jerry Conner
Geneva Gooden

Employed as Sheriff of Fulton County, Chaplain and Book-In Clerk

at The Fulton County Jail
901 Rice St. NW, Atlanta, Ga 30318

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My name is Troy Barber, I am a Georgia Department of Corrections Inmate currently being held at The Fulton County Jail [hereinafter F.C.J] Where I have been since November 29, 2016. I am filing this Complaint because I have been Denied a reasonable opportunity to Freely Pratice my Religion which is "ISLAM". I am a 53 year old African-American man, I have been Muslim my entire life. F.C.J records from September 2007, August 2011, June 2015, April 2016, will indicate that I am a "Documented" Muslim in Jail's Data. When I return to the F.C.J on November 29, 2016, the ODeesy that I have been moved to file this Complaint about, began on November 29th, 2016, while being booked in at the F.C.J. One of the routine questions asked is: "What is your Religious Practice." (If any) as always I responded "Muslim-a-Believer-in-God."

Two weeks prior to Ramadān 2017, Myself along

## IV. Statement of Claim (Cont'd)

with a fellow Muslim Detainee Gregory Blue, wrote F.C.J. Chaplain Jerry Conner and submitted our names to be added to the list of Detainees names who wish to observe and Participate in the "Obligatory" Fast for all able bodied Muslims, during The Month Of Ramadan." After about a week, NOT hearing back from Defendant Conner. I decided to write him again, on May 24th 2017, at that time Sergeant Kennedy, came into the Housing Unit, and announced if you are interested in being a participant of Ramadan; To fill out a request form to the Chaplain. I filled out the inmate request from the same day May 24, 2017, requesting to be placed on the list of those observing Ramadan. [Please See Exhibit "A"]. The very next day I recieve the same request back from Chaplain Conner, with an attachment of my Booking information on it; that indicates that my Religion is "Christian". Please See Exhibit-A-1. Plaintiff would like to convey to the court Although Fasting during the Month Of Ramadan is a tent of Islam, is obligatory upon All Muslims, all over the world, who are able to Fast. One "does NOT" "Pleace Attach Ments"

## V. Relief

State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**

1.) Theodore Jackson, Sheriff of F.C.J, being sued in his Individual and official capacity, for Compensatory and punitive Damages In the amount $30,000-Dollars. Plaintiff also submit that he be retrained, through Inservice Training for Religious Rights.

2.) Jerry Conner Chaplain of F.C.J, Being Sued in his individual and official capacity for Compensatory and punitive Damages In the Amount $30,000-Dollars. Plaintiff also Submits that he be replaced by a Competent Chaplain that has knowledge and understanding of all Religions. So, this wont keep happening to Muslim, Non Christain alike.

3.) Geneva Gooden, Book in Clerk F.C.J, is being sued In her individual and Affical capacity, for Compensatory and punitive Damages in the Amount of $5,000 Dallors, Plaintiff also submits that she be retrained, Through Inservice Training With

**V. Relief (Cont'd)**

Respect to A Person Religious Belief; So, No one else will have to go through what I've went through here at the F.C.J.

Signed this 25 day of August, 2017

*Troy Barber*
Signature of Plaintiff

STATE OF Georgia
COUNTY (CITY) OF Fulton, Atlanta

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 8-25-2017
(Date)

*Troy Barber*
Signature of Plaintiff

IV. Statement of Claim (Cont'd)

have to be Muslim to observe the month of Fasting. Denying a person the Right to Fast during the Month Of Ramadan is Fundamentally wrong, whether he or she is "Muslam or Not." This has been an ongoing policy and practice of both The F.C.J and The Chaplian's Department under the direction of Defendant Conner, and Defendant Theodore-Jackson (Sheriff)."

When I saw the "Book-in-sheet" indicating that I was Christian, I immediately understood that an administrative clerical error had been made by Book-In personell Geneva Gooden (Please See Exhibit-A1) (This is why she is also a name Defendant). Subsequently I filed and inmate grievance explaining the situation [Please See Exhibit B] This grievance was filed May 26, 2017 - (17) days later I recieved a response to my grievance stating again "Per the Jail Computer system you are listed as Christian Fill out an inmate Request form to Chaplian Conner for further information"; (Please See Exhibit C). I was right back to square one, at this point I had been denied the "my" Right to observe Ramadan and recieve my meals at the appropiate time for (17) days. I sent another request to Chaplain Conner, asking him what his problem was concerning Muslims in general. Why would he not want to correct a mistake that was of no doing of Plaintiff. I convied to Defendant Conner that

IV. Statement of Claim (Cont'd)

I needed to speak to him expeditionaly concerning this very inportaint issue of placing me on the Ramadan List. And I reiterated that a grave mistake had been made. Suprisingly Defendant Conner, come to speak with me on June 19, 2017. (24 days into Ramadan) along with Deputy Sheriff Miller. Chaplain Conner went on to tell me again that I was listed as a Christian, I in turn reiterated to him that it was a clerical error; I never told anyone I was a Christian. I explain to Defendant Conner that I am a praticeing Muslim, have been Muslim My Entire Life, Sir. Defendant Conner went on to say, "The Decesion to place one's name on The Ramadan List and to allow who can participate in Islamic Religious Services, Was not only up to him but the Decesion also comes from the Sheriff." Plaintiff expressed to Chaplain Conner that there was a easy solution to the problem, Sir. I requested that he check the Jail Records of my previous incarseration periods along with the most recent period of incarseration, and the Jail's records will verify the veracity of my assertion,- that I've always been listed as Muslim in this Jail; with the exception of the time in question "November 29, 2017." Chaplain Conner's response was, "Do You know How Many Requests I get From Inmates Wanting to Perticipate In Ramadan?" My question is," Why would that matter?"

IV. Statement of Claim (Cont'd)

Chaplain Conner said "he would NOT" research Jail records to verify my position because, "As Chaplain Conner Put It," that would take to much time. Defendant Conner went on to say, "If I still wanted my status to be change to Muslim, After Ramadan, Feel free to write him and he would "Then" change my status in the Computer." That Statement by Defendant effectively "Killed" any opportunity I had to observe the Remainder of Ramadan! It also "Killed" my opportunity to participate in Jummrh Services, "if any," and! to take part in The "Eid-al-Fitr, The Muslim Celebration marking the end of Ramadan; Not to mention the opportunity to Fellowship with the other Muslim Brothers; Was effectively taken from me by the mistake made by Defendant Gooden, and perpetuated by Defendant Conner.

Further, Plaintiff would like the court to know that he was force to observe Ramadan, on his own accord. I had to save my food Trays for hours, for 30-Days, and was subsequently force to Eat Cold Food; For the entire month of Ramadan. Causing me digestive problems that led to Severe constipation and cause me to have bleeding from my rectum.

II

Plaintiff assorts that Defendant has also protrayed prejudical and arbitrary attitude

## IV. Statement Of Claim (cont'd), Last page.

towards muslims in general at the F.C.J. It is well known through out the inmate population that Chaplain Conner will not issue out any type of Islamic material. "This is Wrong"

Plaintiff dose ask the Court to asign to this Complaint- Competent Counsel to assis him.

10-of 13



# FULTON COUNTY SHERIFF'S OFFICE
## JAIL DIVISION
### INMATE REQUEST FORM

DATE: 5/24/2017

NAME

EXHIBIT "A"

TO:
- ☐ MAJOR
- ☐ CAPTAIN
- ☐ LIEUTENANT
- ☐ SERGEANT
- ☐ RECORDS
- ☐ CLASSIFICATION
- ☐ PRETRIAL
- ☐ TRUSTY OFFICE
- ☐ COMMISSARY
- ☐ COUNSELOR
- ☐ MAINTENANCE
- ☐ OTHER — Chaplain

INMATE: Troy Barber   LOCATION: 7-S-509   BKN#: 1622705   JID#: 711119

TYPE OF REQUEST (ONE REQUEST PER FORM)

☐ TO SPEAK WITH YOU   ☐ TO BECOME AN INMATE WORKER   ☐ TO SEE THE CHAPLAIN
☐ TO SEE INDIGENT DEFENSE ATTORNEY   ☐ OTHER (SEE REMARKS SECTION)
☐ MAINTENANCE

REMARKS MUST BE LEGIBLY WRITTEN

Dear Chaplain:
Would you be so kind to put my name on this years "RAMADAN List," "Sir."
Sincerely,
Troy Barber

DO NOT WRITE IN THIS AREA

grave

RECEIVED BY: _____   DID#: _____   DATE _____



**SO #** P00711119   **BARBER, TROY**

| | | | |
|---|---|---|---|
| AKA | BARBER, TROY JUNIOR; BARBER, TROY, Jr.; BARBER, JUNIOR TROY; JARBO, TROY, | Arrest | FCSO- WALKER, ECTOR A |
| DOB | 12/29/1964 | Desc B M 6'4" 260 lbs | Booked 11/29/2016 12:33 PM (176 days) |
| DL # | GA-049257333 | Emerg Latoya Barber | Cell 7S509 (Fulton County Jail) |

### Booking Information
Arrested 11/29/2016 9:00 AM (FCSO) WALKER, ECTOR A
Delivered By (FCSO) WALKER; ECTOR; A

Booked 11/29/2016 12:33 PM GOODEN, GENEVA
Intake 11/29/2016 11:43 AM JONES, FRANK M, III.
Search

### Checklist
- Booking Details
- Wanted Check, CCH and RAP
- Custody Status
- LiveScan Interface
- Mugshot

**Custody Status**
11/29/2016 Court Production Order Appeal

**Billing Agency**

**Cell Assignment**
11/29/2016 7:15 PM   7S509

**Classification**
11/29/2016 Medium

**Phone Calls**

**Suicide Assessment**

**SSA Status**

**Category**

**Additional**

**Jailing Flags**

Religion Christian
Jail PIN [ ] [New PIN]
☐ Trusty
Attorney Requested NO
**Family Members**
Comment

EXHIBIT "A-1"

12-of13

05 2017-34/333

ROUTINE [ ]
EMERGENCY [✓]

**FULTON COUNTY JAIL**
**INMATE GRIEVANCE FORM**

GRIEVANCE NO:_____

TO BE ASSIGNED BY THE
GRIEVANCE OFFICER............

| Troy Barber | 1622705 | 7-S-509 | 5-26-2017 |
|---|---|---|---|
| NAME | BOOKING NO. | CELL NO. | INCIDENT DATE |

STATE TO THE POINT, THE FACTS OF YOUR GRIEVANCE (ATTACH EXTRA PLAIN SHEETS IF NECESSARY)

I received a Request Form Back; from the Chaplain, Denying me, my Rights to practice my Religion; By refusing to put my name on this years Month of RAMADAN List. Seem as though there have been a Big Misteak, in Classification, Intake or in Booking; On 11-29-2016, in my return to the Fulton County Jail, for Religion Status, I told the lady, that I'm a Believer in G-d, Never said that I was a Christian, But that is what they put me down as. I have been Muslim, all my life and denying me my Rights to Freedom Of Religion, is a violation of My United States Constitutional Rights and My State Of Georgia Constitutional Rights. In a timely fashion, Please place my name on the Ramadan List.

Troy Barber
SIGNATURE OF INMATE

5-27-2017
DATE OF REPORT

RECEIVED BY GRIEVANCE OFFICER -            TIME: _____   DATE: 17 MAY 29 AM 6:51

**GRIEVANCE OFFICER'S REPORT**

_[signature]_
SIGNATURE OF GRIEVANCE OFFICER

05-29-17
DATE

I DO [ ]   DO NOT [ ]   AGREE WITH THE DECISION OF THE GRIEVANCE OFFICER.

_____          _____
SIGNATURE OF INMATE                                    DATE

EXHIBIT "B"

34-114-1084 (REV. 1/86)

# FULTON COUNTY JAIL GRIEVANCE OFFICE
## RESPONSE TO INMATE GRIEVANCE

**Inmate Name:** Barber, Troy  
**Booking Number:** 1622705  

**Date:** 6/12/2017  
**Cell Location** 7ST-509  

**Nature Of Grievance:** Denial of Religious Services  
**Incident Date** 5/26/2017  

**Disposition Date** 6/12/2017  

Your grievance was received in this office   5/29/2017 and I find as follows:  
**Grievance Number:** 052017-34333   **Grievance Code:** 18   **Type Code:** 33

Inmate Barber submitted a grievance stating he received a request back from Chaplain Conner denying his right to practice his religion. He states the Chaplain Office has refused to place him on the Ramadan list.

Per the jail's computer system you are listed as Christian in the religion field. Enclosed is an inmate request form to fill out and send to Chaplain Conner for futher information.

_signature_  
SIGNATURE OF GRIEVANCE OFFICER

6/12/2017  
DATE