# CIVIL COVER SHEET FOR A PRISONER CASE

**1:17-CV-3619**

JUDGE **N/A**  
MAG. JUDGE **N/A**  
DATE FILED **Sept 18, 2017**  

DIVISION **Atlanta**  
IFP **✓**   FEE **N**  
PREVIOUS CASES **N**  

NAME **Troy Barber**   I.D. # **BK-11022705/7-5-509**  
PRO SE **✓**   ATTORNEY **N/A**  
PLACE OF INCARCERATION **Fulton County Jail**  
CITY **Atlanta**   STATE **GA**   COUNTY **Fulton**

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ____ SEND TO DISTRICT JUDGE. |
| 3 | 530 | 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 3 | 550 | 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | 28:1331pr | Prisoner civil rights action suing federal officials not Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | 28:1332 | Any prisoner action based on diversity. |
|   | 540 |   | OTHER:_____ |

____ DOCKER CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

____ STAFF LAW CLERK:
  ____ Pauper's affidavit insufficient or no affidavit
  ____ Complaint or petition not signed or is incomplete
  ____ No copies
  ____ Other: _____

MHC  
LTW

550  
42:1983pr

Troy Barber
BK# 1622705-T-S-509
901 Rice Street N.W.
Atlanta, Georgia 30318

CLERK OF COURT
UNITED STATE DISTRITIC COURT
2211 U.S. Court House
75 Ted Turner Dr. S.W.
Atlanta, Georgia 30303-3361


