IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TROY BARBER, | : | PRISONER CIVIL RIGHTS |
|    Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| THEODORE JACKSON et al., | : | CIVIL ACTION NO. |
|    Defendants. | : | 1:17-CV-3619-MHC-LTW |

## ORDER

Plaintiff is confined at the Fulton County Jail in Atlanta, Georgia. Plaintiff, pro se, seeks leave to proceed *in forma pauperis* ("IFP") in this action. (Doc. 2.) Plaintiff's IFP application demonstrates that he cannot currently pay the filing fee or a partial filing fee. (*Id.*)

Accordingly, the Court **GRANTS** Plaintiff leave to proceed IFP. Plaintiff shall pay the $350 filing fee in monthly payments of 20 percent of the preceding month's income credited to Plaintiff's inmate account in each month in which the amount in the account exceeds $10 until the filing fee is paid in full. *See* 28 U.S.C. § 1915(b)(2). The institution administering Plaintiff's inmate account shall withdraw such amounts from the account and remit them to the Clerk of this Court until the Clerk verifies by separate notice to the head of the institution that the filing fee has been paid in full.

**THE COURT FURTHER ORDERS** that:

1. the Clerk of the Court send a copy of this Order to the institution where Plaintiff is confined;

2. the head of the institution, or his or her designee, collect the monthly payments referenced above from Plaintiff's inmate account and remit such payments to the Clerk of the United States District Court for the Northern District of Georgia until the $350 filing fee is paid in full;

3. Plaintiff promptly inform the Court of any change in his address while this case is pending and list case number 1:17-cv-3619-MHC-LTW on all documents he files in this case; and

4. service of process shall not issue unless the Court determines, pursuant to 28 U.S.C. § 1915A, that this case will proceed.

**SO ORDERED** this 22 day of September, 2017.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev.8/82)