IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TROY BARBER,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE JACKSON, et al.,<br><br>Defendants. | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983<br><br><br><br>CIVIL ACTION FILE<br>NO. 1:17-CV-3619-MHC-LTW |

## ORDER

The matter is before the Court on Magistrate Judge Linda T. Walker's Non-Final Report and Recommendation [Doc. 4] ("R&R"), which recommends that Plaintiff's First Amendment free exercise of religion claim against Defendant Jerry Conner be allowed to proceed, and that all other Defendants be dismissed. The Order for Service of the R&R [Doc. 5] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No objections have been filed to the Report and Recommendation. Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1)(C) (2012), and "need only satisfy itself that there is no clear error on the face of the record" in order to accept the

recommendation. FED. R. CIV. P. 72(b), advisory committee's note to 1983 amendment. The Court has reviewed the R&R and finds no clear error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Non-Final Report and Recommendation [Doc. 4] as the as the Opinion and Order of the Court.

It is hereby **ORDERED** that Plaintiff's First Amendment free exercise of religion claim against Defendant Jerry Conner be **ALLOWED TO PROCEED**.

It is further **ORDERED** that all Defendants other than Defendant Connor are **DISMISSED**.

The Clerk is **DIRECTED** to re-submit this matter to the Judge Walker for further proceedings.

**IT IS SO ORDERED** this 31st day of October, 2017.

MARK H. COHEN
United States District Judge