IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TROY BARBER,<br>    Plaintiff, | : <br> : <br> : | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | : <br> : | |
| JERRY CONNER,<br>    Defendant. | : <br> : | CIVIL ACTION NO.<br>1:17-CV-3619-MHC-LTW |

## ORDER

Plaintiff is a Fulton County Jail inmate who, pro se, seeks relief under 42 U.S.C. § 1983. (Doc. 1.) The Court adopted the undersigned's Report and Recommendation and allowed Plaintiff's First Amendment Free Exercise claim to proceed against Defendant Jerry Conner, the chaplain at the jail. (Docs. 4, 6.) By this Order, the Court will notify Defendant of the suit and request him to waive service of process.

The Court **DIRECTS** the Clerk to send Plaintiff a USM 285 form and summons for Defendant. The Court **DIRECTS** Plaintiff to complete the USM 285 form and summons and to return those documents to the Clerk within **thirty (30) days** from the date of this Order. Plaintiff's failure to comply in a timely manner could result in dismissal of this action. The Court **DIRECTS** the Clerk to resubmit this action to the undersigned if Plaintiff fails to comply.

AO 72A
(Rev.8/82)

The Court **DIRECTS** the Clerk, upon receipt of the forms, to prepare a service waiver package for Defendant. The service waiver package must include two Notices of Lawsuit and Request for Waiver of Service of Summons (prepared by the Clerk); two Waiver of Service of Summons forms (prepared by the Clerk); an envelope addressed to the Clerk with adequate first-class postage for Defendant's use in returning the waiver form; one copy of the complaint [1]; one copy of the Court's October 31, 2017 Order [6]; and one copy of this Order. The Clerk shall retain the USM 285 form and summons.

The Court **DIRECTS** the Clerk to complete the lower portion of the Notice of Lawsuit and Request for Waiver form and to mail a service waiver package to Defendant. Defendant has a duty to avoid unnecessary costs of serving process. If Defendant fails to comply with the request for waiver of service, he must bear the costs of personal service unless good cause can be shown for failure to waive service.

If Defendant does not return an executed Waiver of Service form to the Clerk within thirty-five (35) days following the date the service waiver package is mailed, the Court **DIRECTS** the Clerk to prepare and transmit to the U.S. Marshals Service a service package for Defendant. The service package must include the USM 285 form, the summons, and a copy of the complaint [1]. Upon receipt of the service

package, the U.S. Marshals Service is **DIRECTED** to personally serve Defendant in accordance with Federal Rule of Civil Procedure 4. The executed waiver form or the completed USM 285 form shall be filed with the Clerk.

The Court **DIRECTS** Plaintiff to promptly notify the Court and Defendant of any change in his address while this action is pending. Failure to do so may result in dismissal of this action.

Finally, prisoner civil rights cases are automatically assigned to a zero-month discovery track. If any party determines that discovery is required, that party must, within thirty days after the first appearance of a defendant by answer, file a motion requesting a discovery period.

**SO ORDERED** this 2 day of November, 2017.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)